# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL ACTION |
| | § | |
| VS. | § | NO. : 09-128 |
| | § | |
| DR. ROBERT CLEVELAND, | § | SECTION "B"(1) |
| JEFFERY C. MCELVEEN and | § | |
| POSITIVE HOME OXYGEN, L.L.C. | § | |

## ORDER

Considering the foregoing Motion for Admission *Pro Hac Vice* (Rec. Doc. No. 5);

**IT IS HEREBY ORDERED** that Jeffrey S. Baird is hereby admitted to practice before this Court, *pro hac vice*, solely as counsel for Jeffery C. McElveen and Positive Home Oxygen, L.LC. in the above-captioned matter.

This  19th   day of May, 2009, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE